James A. Michel
State Bar No. 184730
2912 Diamond St. #373
San Francisco CA 94131
415/ 239-4949
(Fax 239-0156)
attyjmichel@gmail.com

Attorney for Plaintiffs
RAMIL FERRO and
MARIE JENNIFER CORTES

**GRANTED**
*Judge Nathanael M. Cousins*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| RAMIL FERRO, an individual, and MARIE JENNIFER CORTES, an individual,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>JQD LLC dba PRO SOLUTIONS and DOES 1 through 10, inclusive,<br><br>　　　　Defendants.<br>_____/ | Case No. 3:14-cv-03855-NC<br><br>NOTICE OF SETTLEMENT AND REQUEST FOR DISMISSAL; ORDER THEREON |

　　　Plaintiffs hereby give notice that the parties have reached a settlement and request that this case be dismissed.

DATED: December 16, 2014　　　　　　　　　　____/s/ James A. Michel_____
　　　　　　　　　　　　　　　　　　　　　　JAMES A. MICHEL
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs

- 1 -
NOTICE OF SETTLEMENT AND REQUEST FOR DISMISSAL